# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CHEYENNE SEIBER, on behalf of herself and others similarly situated, ) ) | Case No. 3:19-cv-2983 |
| ) | |
| Plaintiff, ) | Judge Jack Zouhary |
| ) | |
| vs. ) | |
| ) | |
| MANAGEMENT & TRAINING ) | |
| CORPORATION, ) | **JOINT MOTION FOR FINAL** |
| ) | **APPROVAL OF CLASS ACTION** |
| Defendant. ) | **SETTLEMENT** |

Plaintiff Cheyenne Seiber, on behalf of herself and the Ohio Class Members, and Defendant Management & Training Corporation jointly move this Court for entry of final judgment approving the class action portion of the pending settlement between the parties pursuant to Fed. R. Civ. P. 23.

On December 23, 2020, the Parties filed their Joint Motion for Approval of Collective Action Settlement and for Preliminary Approval of Class Settlement. (ECF No. 70). On December 30, 2020, this this Court entered an Order approving the collective action settlement, and granting preliminary approval of the class settlement, ordering Notice to be issued to the Ohio Class Members. (ECF No. 71). The notice process has been completed pursuant to this Court's Order. (See Declaration of Settlement Administrator Jeff Mitchell, attached hereto as **Exhibit 1**). The fairness hearing is scheduled for March 23, 2020. The Court-approved Notice gave eligible class members 30 days in which to request exclusion from the Class Settlement or to object to the Settlement. There were no requests for exclusions or objections to the Class Settlement. (Mitchell Decl.).

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standards Act ("FLSA") and Ohio's overtime statute, O.R.C. § 4111.03. (ECF Nos.

70, 71). As explained in the Parties' Joint Motion for Preliminary Approval of Class Action Settlement, the Settlement is fair, reasonable, and adequate. (ECF No. 70). No objections to the Settlement were raised. Therefore, the Parties respectfully request this Court enter an Order granting final approval of the class action settlement.[1]

| | |
|---|---|
| /s/ Christopher J. Lalak | /s/Veronica T. von Grabow (by email consent) |
| **NILGES DRAHER LLC** | **JACKSON LEWIS P.C.** |
| Hans A. Nilges (076017) | Veronica T. von Grabow (*Pro hac vice*) |
| Shannon M. Draher (0074304) | Robert J. Bowes (0092871) |
| 7266 Portage street, N.W. Suite D | Park Center Plaza I, Suite 400 |
| Massillon, OH 44646 | 6100 Oak Tree Boulevard |
| Telephone: (330) 470-4428 | Cleveland, OH 44131 |
| Facsimile: (330) 754-1430 | Telephone: (216) 750-0404 |
| Email: hans@ohlaborlaw.com | Fax: (216) 750-0826 |
| sdraher@ohlaborlaw.com | Veronica.vongrabow@jacksonlewis.com |
| | Robert.bowes@jacksonlewis.com |
| Christopher J. Lalak (0090079) | |
| 614 West Superior Avenue, Suite 1148 | |
| Cleveland, OH 44113-2300 | **MANSOUR GAVIN LPA** |
| Telephone: (216) 230-2955 | Kenneth E. Smith (0090761) |
| Email: clalak@ohlaborlaw.com | Amy L. Kullik (0069663) |
| | Timothy T. Reid (0007272) |
| **COFFMAN LEGAL, LLC** | North Pointe Tower |
| Matthew J.P. Coffman (0085586) | 1001 Lakeside Ave. Suite 1400 |
| 1550 Old Henderson Road | Cleveland, Ohio 44114 |
| Suite 126 | Telephone: (216) 523-1500 |
| Columbus, Ohio 43220 | Facsimile: (216) 523-1705 |
| Phone: (614) 949-1181 | Email: akullik@mggmlpa.com |
| Fax: (614) 386-9964 | ksmith@mggmlpa.com |
| Email: mcoffman@mcoffmanlegal.com | treid@mggmlpa.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

---

[1] A Proposed Final Order Granting Class Action Settlement is attached as **Exhibit 2**.

CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Christopher J. Lalak*
                                                   Christopher J. Lalak

                                                   *Counsel for Plaintiffs*